**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE MIHOLICH, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WINDSTREAM COMMUNICATIONS LLC, a limited liability company,<br><br>                Defendant. | Case No.: 3:24-cv-01541-DMS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Good cause appearing, the joint motion of Plaintiff KYLE MIHOLICH ("Plaintiff") and Defendant WINDSTREAM COMMUNICATIONS LLC ("Defendant"), for dismissal of Plaintiff's individual claims against Defendant with prejudice, and for dismissal of the putative class's claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED.

Further, Plaintiff and Defendant shall bear his / its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 9, 2026 _____

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

1
Order